MARY A. GILG, SBN 205717
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA 94703
Telephone: (510) 540-0878
Facsimile: (510) 540-0403
mgilg@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THAVIN OM,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security,<br><br>      Defendant. | Civil No. 10-cv - 3874 - EDL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 21 days in which to file a Motion for Summary Judgment in response to Defendant's Answer. Plaintiff's motion was due on February 25, 2011, pursuant to Civil L.R.16-5. Plaintiff's response is now due on March 18, 2011.

/

/

/

/

Stipulation and ~~Proposed~~ Order Extending Time - 10–cv-3874-EDL

Dated: February 23, 2011

MARY A. GILG
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: 2/23/11

/s/ *Leslie Alexander, per email authorization*
LESLIE ALEXANDER
ASSISTANT REGIONAL COUNCIL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 24, 2011



IT IS SO ORDERED
Judge Elizabeth D. Laporte