**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THAVIN OM,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C-10-03874 EDL

**JUDGMENT**

    This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

    IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of August 30, 2011, Plaintiff's Motion for Summary Judgment is DENIED and Defendants' Motion for Summary Judgment is GRANTED.

    **IT IS SO ORDERED.**

Dated: August 30, 2011

                                                      *Elizabeth D. Laporte*
                                                   ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge