United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAVIN OM,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.                  / | No. C -10-03874 EDL<br><br>**ORDER REMANDING SOCIAL SECURITY APPEAL FOR CALCULATION OF BENEFITS** |

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit (No. 11-17618), this social security appeal is hereby remanded to the Social Security Agency for calculation of benefits.

**IT IS SO ORDERED.**

Dated: January 26, 2014

                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge